# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIP SPENCER,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 19-00130-KD-N |
| **DERRICK HOUSE,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 43) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Deveron Brown, Derrick House, and Kelvin Lang, and all claims presented by the Plaintiff are **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 19th day of June 2020.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE
